Same case below, 333 Fed. Appx. 754.

**No. 09-8797. Elmer Martin Sorrell, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1926, ▮

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 44.

**No. 09-8801. Alberto Quiroz-Mendez, aka Mario Garcia-Moreno, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1945.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 853.

**No. 09-8803. Justin Matthew Fletcher, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1937.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 350 Fed. Appx. 145.

**No. 09-8804. Eugene Fredrick, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1976.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 727.

**No. 09-8805. Ira Wayne Howard, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1946.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8806. Anthony Thomas, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 2000.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 387 U.S. App. D.C. 300, 572 F.3d 945.

**No. 09-8807. Derek A. Waithe, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1962.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8808. Sammy Welch, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1725, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1954.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 155.